UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE: 3:14-cv-00926 |
| vs. ) | |
| ) | |
| Influence Direct, LLC, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Comes now WELLBORN & WALLACE, LLC, (formerly Wellborn, Wallace & Woodard, LLC) 1175 Peachtree St. N.E., 100 Colony Square, Suite 300, Atlanta, Georgia, 30361, whom hereby files this notice that Jamie P. Woodard is no longer with the firm and that counsel of record for Plaintiffs *Delta Air Lines, Inc.,* will continue to be represented by attorneys Paul F. Wellborn, Kelly O. Wallace, and current local counsel.

This 26th day of July, 2016.

**SPEARS, MOORE, REBMAN & WILLIAMS, PC**

/S/ Barret S. Albritton
Barrett S. Albritton
BPRN 022655

P.O. Box 1749

1

801 Broad Street
Chattanooga, TN 37401
Phone: (423) 756-7000
Fax: (423) 756-4801
Email: bsa@smrw.com

## WELLBORN & WALLACE, LLC

/S/ Kelly O. Wallace
Kelly O. Wallace
Georgia Bar No. 734166 *(Pro Hac Vice)*
Paul F. Wellborn, III
Georgia Bar No. 746720 *(Pro Hac Vice)*

1175 Colony Square, Suite 300
100 Colony Square
Atlanta, Georgia 30361
Phone: (404) 815-7714
Fax: (404) 815-9957
E-mail: kelly@wellbornlaw.com

*Attorneys for Plaintiff Delta Air Lines, Inc.*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing Notice of Withdrawal of Counsel has been prepared with one of the font and point selections set forth in M.D. Tn. Local Rule 7.03.

This 26th day of July, 2016.

        **SPEARS, MOORE, REBMAN & WILLIAMS, PC**

        /S/ Barret S. Albritton
        Barrett S. Albritton
        BPRN 022655
        P.O. Box 1749
        801 Broad Street
        Chattanooga, TN 37401
        Phone: (423) 756-7000
        Fax: (423) 756-4801
        Email: bsa@smrw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a cop of the within and foregoing *Notice of Withdrawal of Counsel* by filing the same on the CM/ECP System, which will automatically cause 3-mail notice to be sent to following counsel of record:

| | | |
|---|---|---|
| Mark T. Freeman<br>9 Music Square West<br>Nashville, TN 37203<br>Phone: (615) 390-9004<br>Fax: (615) 352-7884<br>freemanlaw@comcast.net | Representing | Jandar Corporation, Janet<br>Davis and Darrell Carter<br>*(Defendants)* |

I further certify that on this date, I served the following party by placing a copy of the referenced filing with the United States Postal Service for delivery via first-class mail in an envelope with adequate postage affixed thereto addressed as follows:

Perry Ruiz
2563 S. 91st St.
West Allis, WI 53227


Respectfully submitted this 25th day of July.

**SPEARS, MOORE, REBMAN & WILLIAMS, PC**

/S/ Barret S. Albritton
Barrett S. Albritton
BPRN 022655
P.O. Box 1749
801 Broad Street
Chattanooga, TN 37401
Phone: (423) 756-7000
Fax: (423) 756-4801

Email: bsa@smrw.com